```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )
                               )         4:06CR3028
     v.                        )
                               )
ROBERTO GUZMAN-GUZMAN,         )
                               )           ORDER
          Defendant.           )
                               )
```

IT IS ORDERED:

Trial of this case has been set for May 8, 2006 before the Honorable Richard G. Kopf. The record should reflect that this trial is set as a backup to Commodity v. DeLay, 7:05cv5026, which is a ten-day trial beginning on May 1, 2006.

DATED this 2nd day of March, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge